**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| M.R., A MINOR BY AND THROUGH HIS LEGAL GUARDIAN JOYANNE ASHBY | : No. 222 MAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the Superior Court |
| | : |
| | : |
| TAMIKA BUNTING AND KIP BUNTING | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JOYANNE ASHBY | : |
| | : |
| | : |
| PETITION OF: M.R., A MINOR BY AND THROUGH HIS LEGAL GUARDIAN JOYANNE ASHBY | : |
| | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.